```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION AT LEXINGTON**

CIVIL ACTION NO. 08-CV-7-JMH

WILLIE PURDOM,                                              PLAINTIFF,

VS:                      **JUDGMENT**

PAUL R. GETTLEMAN,                                          DEFENDANT.

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Willie Purdom, who is confined in the Federal Medical Center in Lexington, Kentucky ("FMC-Lexington"), has filed a civil complaint under the diversity of citizenship statute, 28 U.S.C. § 1332.

(2) The named defendant is Paul R. Gettleman, whose address the plaintiff lists as 157 Orchard Street, Ambridge, Pennsylvania, 15003.

(3) The Complaint [Record No. 2] is **DISMISSED WITH PREJUDICE.**

(4) Judgment **IS ENTERED** in favor of the named defendant.

(5) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(6) The Court certifies that any appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949

(6th Cir. 1997).

(7) This matter [08-CV-7-JMH] **IS STRICKEN** from the active docket.

This the 12th day of March, 2008.



Signed By:

*Joseph M. Hood*
Senior U.S. District Judge